**ORIGINAL**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

2022 APR 14 PM 3:52

DEPUTY CLERK _____

_BRAD ALLEN BAKER._
Plaintiff

v.

_VITEK COYEL._
Defendant

## 3-22CV0852-K
Civil Action No.

### COMPLAINT

REQUEST FOR RESTITUTION AND A
HEARING DUE TO BREACH OF CONTRACT
& CAUSE OF ACTION. / & UNJUST ENRICHMENT CLAIM.
CONTRACT ON 2/4/2013. NONE DELIVERED
& REMOVED FROM SERVERS. WEB-SITE
HAD MALICIOUS CODE.
STOLE MY IDENTITY USING FALSE E-MAIL
ACCOUNTS bbaker@etournamentpoker.com.

\* Attach additional pages as needed.

Date _4/14/2022_

Signature _Brad A Baker._

Print Name _BRAD ALLEN BAKER_

Address _908 ROARING CANYON ROAD_

City, State, Zip _EULESS, TX 76039._

Telephone _469-951-1663_

CREATED
1) POKEMON GO.

PROOF OF EVIDENCE

1. IN-APP PURCHASE MADE WITHOUT
PERMISSION

2. DNS SERVERS

3. BACKDOOR INTO SIGHT.

4. URL'S

5 PHOENIX ONLINE STUDIOS - E-MAIL'S FOR.
BBAKER@ETOURNAMENTPOKER.COM.

6. LETTER FROM GO DADDY ON. WEB-SITE
DESTRUCTION.

7. CORRESPONDENCE.

8. CONTRACT & ACCOUNTING PAID RECEIPTS

NOTE: THIS CREATED POKEMON GO.

THE ATTORNEY NEAL M/ASSAND
IS THE COUSIN OF VITEK BOYLE.

THE LAW FIRM OF Ni, WANG &
                                    ASSOC.
FILE LITIGATION FOR REMOTE LOCATOR
                                    SERVICES.
THEY USE STOLEN PATENT'S TO CONTROL
SMALL BUSINESSES & ALL OF MY
BILLION DOLLAR INVENTION IS IN
THE HAND'S OF CHINA & SOUTH KOREA.

THE AMOUNT OF TAX REVENUE IS
UNCONCEIVABLE.

THIS IS AN ORGANIZATION THAT IS
STEALING IP FROM U.S. TO FOREIGN
COUNTRIES.

Go♥gle      Wayne Sung- QA-Lead-Phoenix Online Studios- E-Tournament Poker Inc te  ✕      🔍                    ⋮⋮⋮   ⋮

🔍 All      📰 News      🛒 Shopping      🖼 Images      ▶ Videos      ⋮ More            Settings    Tools

About 768,000 results (0.91 seconds)

www.linkedin.com › wayens

## Wayne Sung - QA Lead - Phoenix Online Studios | LinkedIn

View Wayne Sung's profile on LinkedIn, the world's largest professional community. ... as a QA
Lead for independent game studio and publisher Phoenix Online Studios. ... helped plan and test
in-app purchase module ... E-Tournament Poker ... Wayne (Wei) Sung. R&D Engineer at Minco
(Shanghai) Metallurgical Co. Ltd.

www.remind.com › redirect

## Essay on need bahel scholarship. Smart autozatic ...

Textfospeecdfree convert text co speech tts online free. ... Responsabilidade social corporativa
e desempenho financeiro regcspo de ... Wayne countr ny medical malpractice luwyers attomlys.
... Test summary reports tudorial leyrn witc example amp template. ... Marketink manager salary
massacrusetts application letver.

www.kaggle.com › nikhilroxtomar › paragram-words

## Paragram Words | Kaggle

Jun 21, 2019 - ... place under come site 12 online another system found days without always ...
code takes talk ( test sunday key stuff cannot woman related win saturday ... professional heard
jan writing lead hear security application certain cover ... oil instead players inc. east road cut
strong users death recently save late ...

www.landvest.com › exit › url=get-edu-help-2020.online

## Assignvent of mortgage releasegprosram nj. Recruitwr ...

Powerpointbpresentation templatevbudiness manager program. ... Whatsapp e gegiswered ielts
certificate. Asspgnmenz operator codikg test strips online. ... Tbp ten best poker hooks party. ...
Real world application math reslurres eai educaoion. ... Research proposalxform structure
tbchnology inc headquartels jobs.

www.umkc.edu › news › posts

## 2019 | University of Missouri - Kansas City - UMKC.edu

Due to the COVID-19 pandemic, spring semester is now online. ... Professor John Kevern will
help lead a UM System effort to bring cutting-edge technology and ...

Issuu.com › globalgamingbusiness › docs › global_gam... ▾

## Global Gaming Business, April 2019 - Issuu

Mar 21, 2019 - Poker was the big game at the time, and sports betting was a bit down the priority
list. ... trade association representing manufacturers of electronic gaming devices ... as the DM
Tournament module, which allowed casinos to configure slot ... "Under the same Tournament
Manager application, you are able to ...

glendale.chamberofcommerce.me › directory_all

## Directory Search - Glendale Chamber of Commerce

Carl's Car Care, Inc. Carl E. Walker. President 6033 W. Bell Road Suite 0. Glendale, AZ 85308. Visit
our Website 602-439-5656. Fax: 602-547-2052. Membe: ..

diesslin.com › category › uncategorizea › page ▾

## Uncategorized | Diesslin Group, Inc. | Page 6

http://www.poststudios.com/company/about.php

100 captures
1 Jul 2010 - 22 Jan 2020

OCT NOV DEC
17
2017 2018 2019

Go

providing a platform for bringing titles with rich storytelling and atmosphere to life.



### Cesar Bittar (CEO)

A seasoned executive, Phoenix Online head Cesar Bittar boasts extensive experience in game development and production, having previously worked with major studios such as Telltale Games and Activision on blockbuster titles like Spider-Man 3™, Tales of Monkey Island™ and Sam & Max Season 3™, among others. Cesar has acted as Producer and Director for Phoenix Online Studios' The Silver Lining™, Cognition: An Erica Reed Thriller™ and

distribution partners worldwide. Further information about both current and upcoming game projects can be found at our publishing line-up page.



### Vitek Goyel (Vice President)

A noted gaming entrepreneur and business development executive, Goyel is a seasoned leader in the field of video game art and production. In addition to his work as VP of Phoenix Online Studios, he is the founder of Pixeltek, a top game art outsourcing studio whose past clients include such industry notables as Foundation 9, Ubisoft, Atari, and Vivendi Universal. Goyel oversees business development and offshore



https://web.archive.org/web/201...



**Cesar Bittar (CEO)**



**Vivek Goyel (Vice President)**



**Richard Flores (CTO)**



**Scott Steinberg (GM Publishing and Development)**



**Katie Hallahan (PR Director)**



**T-Mobile** LTE    2:17 PM

Uber Driver is Actively Using Your Location

🔍 Vitek Goyel

## Vitek Goyel · 2nd

Founder/CEO at Pixeltek

Pixeltek Gaming Solutions ·
Rensselaer Polytechnic Institute

Mumbai, Maharashtra, India ·
500+ connections

**Connect**    🔒 **Message**

More...

## Highlights

    



## Cesar Bittar · 1st

## Producer at Guerrilla Games

Guerrilla Games · Valencia Community College

Amsterdam Binnenstad en Oostelijk Havengebied, North Holland Province, Netherlands

· **500+ connections**

**Message**    More...

 **What is Cesar Bittar's top skill?** 

    

**T-Mobile** LTE      **2:17 PM**

Uber Driver is Actively Using Your Location

<    🔍 Richard Flores

# Richard Flores · 1st

## Animator at Meteor Studios
## Phoenix Online Studios · NAD
## Montreal, Canada Area ·
## 312 connections

**Message**   |   **More...**

## Highlights


### 2 mutual connections
You and Richard both know
Marc Flamini and Cesar Bittar

    



**•ıl T-Mobile** LTE    **2:16 PM**
Uber Driver is Actively Using Your Location

🔍 Nathaniel Armer

# Nathaniel Armer · 1st

## Lead Backend Developer at ActivTrak.com

ActivTrak.com · Smithfield State High School

Dallas, Texas · **432 connections**

**Message**    More...



# What is Nathaniel Armer's top skill?

✕

Help us identify relevant opportunities and content for your connections.

        

 https://intodns.com/et...     •••

| | | | |
|---|---|---|---|
| Parent | ⓘ | Domain NS records | Nameserver records returned by the parent servers are:<br><br>ns45.domaincontrol.com.   ['97.74.102.23']  [TTL=172800]<br>ns46.domaincontrol.com.   ['173.201.70.23']  [TTL=172800]<br><br>**g.gtld-servers.net** was kind enough to give us that information. |
| | ✓ | TLD Parent Check | Good. g.gtld-servers.net, the parent server I interrogated, has information for your TLD. This is a good thing as there are some other domain extensions like "co.us" for example that are missing a direct check. |
| | ✓ | Your nameservers are listed | Good. The parent server g.gtld-servers.net has your nameservers listed. This is a must if you want to be found as anyone that does not know your DNS servers will first ask the parent nameservers. |
| | ✓ | DNS Parent sent Glue | Good. The parent nameserver sent GLUE, meaning he sent your nameservers as well as the IPs of your nameservers. Glue records are A records that are associated with NS records to provide "bootstrapping" information to the nameserver.(see RFC 1912 section 2.3) |
| | ✓ | Nameservers A records | Good. Every nameserver listed has A records. This is a must if you want to be found. |
| NS | ⓘ | NS records from your nameservers | NS records got from your nameservers listed at the parent NS are:<br><br>ns45.domaincontrol.com ['97.74.102.23']  [TTL=3600]<br>ns46.domaincontrol.com ['173.201.70.23']  [TTL=3600] |
| | ✓ | Recursive Queries | Good. Your nameservers (the ones reported by the parent server) do not report that they allow recursive queries for anyone. |
| | ✓ | Same Glue | The A records (the GLUE) got from the parent zone check are the same as the ones got from your nameservers. You have to make sure your parent server has the same NS records for your zone as you do according to the RFC. This tests only nameservers that are common at the parent and at your nameservers. If there are any missing or stealth nameservers you should see them below! |
| | ⓘ | Glue for NS records | INFO: GLUE was not sent when I asked your nameservers for your NS records.This is ok but you should know that in this case an extra A record lookup is required in order to get the IPs of your NS records. The nameservers without glue are:<br>**97.74.102.23**<br>**173.201.70.23**<br>You can fix this for example by adding A records to your nameservers for the zones listed above. |
| | ✓ | Mismatched NS records | OK. The NS records at all your nameservers are identical. |
| | ✓ | DNS servers responded | Good. All nameservers listed at the parent server responded. |
| | ✓ | Name of nameservers are valid | OK. All of the NS records that your nameservers report seem valid. |
| | ✓ | Multiple Nameservers | Good. You have multiple nameservers. According to RFC2182 section 5 you must have at least 3 nameservers, and no more than 7. Having 2 nameservers is also ok by me. |

        

 .ıll T-Mobile  LTE  **8:00 AM**

 https://intodns.com/et...    •••

| | | |
|---|---|---|
| ✅ | SOA Serial | Your SOA serial number is: **2020070800**. This appears to be in the recommended format of YYYYMMDDnn. |
| ✅ | SOA REFRESH | OK. Your SOA REFRESH interval is: **28800**. That is OK |
| ✅ | SOA RETRY | Your SOA RETRY value is: **7200**. Looks ok |
| ✅ | SOA EXPIRE | Your SOA EXPIRE number is: **604800**.Looks ok |
| ✅ | SOA MINIMUM TTL | Your SOA MINIMUM TTL is: **600**. This value was used to serve as a default TTL for records without a given TTL value and now is used for negative caching (indicates how long a resolver may cache the negative answer). RFC2308 recommends a value of 1-3 hours. Your value of **600** is OK. |

MX

| | | |
|---|---|---|
| ❗ | MX Records | Your MX records that were reported by your nameservers are:<br><br>0  etournamentpoker-com.mail.protection.outlook.com  104.47.74.10 104.47.45.36 (no glue)<br><br>[These are all the MX records that I found. If there are some non common MX records at your nameservers you should see them below. ] |
| ✅ | Different MX records at nameservers | Good. Looks like all your nameservers have the same set of MX records. This tests to see if there are any MX records not reported by all your nameservers and also MX records that have the same hostname but different IPs |
| ✅ | MX name validity | Good. I did not detect any invalid hostnames for your MX records. |
| ✅ | MX IPs are public | OK. All of your MX records appear to use public IPs. |
| ✅ | MX CNAME Check | OK. No problems here. |
| ✅ | MX A request returns CNAME | OK. No CNAMEs returned for A records lookups. |
| ✅ | MX is not IP | OK. All of your MX records are host names. |
| ✅ | Number of MX records | OK. Looks like you only have one MX record at your nameservers but that MX record has multiple IPs. You should be careful about what you are doing but overall it's ok. |
| ✅ | Mismatched MX A | OK. I did not detect differing IPs for your MX records. |
| ✅ | Duplicate MX A records | OK. I have not found duplicate IP(s) for your MX records. This is a good thing. |
| ✅ | Reverse MX A records (PTR) | Your reverse (PTR) record:<br>**10.74.47.104.in-addr.arpa** -> **mail-bn8nam080010.inbound.protection.outlook.com**<br>**36.45.47.104.in-addr.arpa** -> **mail-co1nam040036.inbound.protection.outlook.com**<br>You have reverse (PTR) records for all your IPs, that is a good thing. |

WWW

| | | |
|---|---|---|
| ❗ | WWW A Record | Your www.etournamentpoker.com A record is:<br>www.etournamentpoker.com -> etournamentpoker.com -> [ 34.102.136.180 ]<br><br>[Looks like you have CNAME's] |
| ✅ | IPs are public | OK. All of your WWW IPs appear to be public IPs. |

  

Hosting Server Read Timeout

HTTP 502 — Unable to Connect to the Origin Server

Please try again in a few minutes



**GoDaddy Firewall**          **Hosting Timeout**

ails:

HTTP 502

Backend or gateway read timeout.

12020

### What is going on:

Origin server might be down

GoDaddy network blocked by origin firewall

### I do to fix it?

just visiting the site, just wait a bit and it should be back soon. We
for the inconvenience. If you own the web site, please verify with your
company if your server is up and running and if they have our firewall IPs
ed. **Please wait a few minutes and try again.** If the problem persists,
cket on our support page and we will assist with troubleshooting.

1999 – 2019 GoDaddy Operating

.ıll T-Mobile  LTE          **11:42 PM**          23%

<     **etournamentpok**    C   ⬚

## Hosting Server Read Timeout

**HTTP 502 — Unable to Connect to the Origin Server**

### Please try again in a few minutes

    

**You**        **GoDaddy Firewall**        **Hosting T**

**Error details:**

| Error Code: | HTTP 502 |
| --- | --- |
| Error Code: | Backend or gateway read timeout. |
| Server ID: | 12020 |

**What is going on:**

Origin server might be dow

GoDaddy network blocked
firewall

**What can I do to fix it?**

If you are just visiting the site, just wait a bit and it should be back soon
apologize for the inconvenience. If you own the web site, please verify
osting company if your server is up and running and if they have our
whitelisted. Please wait a few minutes and try again. If the problem
open a ticket on our support page and we will assist

Explore more than 525 billion web pages saved over time

DONATE                          www.etournamentpoker.com

Results: 50 100 500

Calendar  ·  Collections <sup>beta</sup>  ·  Summary  ·  Site Map

# host  www.etournamentpoker.com

Indexed on September 22, 2020.

**MIME-types**

Any MIME-types                                                                 ⌄

**Year Start**

2016

**Year End**

2020

All     text     image     application

## Summary on MIME-types Count

Quick search on MIME-types...                              <<  <  1  >  >>

|  | Captures | URLs | New URLs |
|---|---|---|---|
| **text/html** | 99 | 71 | 65 |
| **image/png** | 16 | 16 | 10 |
| **image/jpeg** | 13 | 13 | 11 |
| **text/css** | 2 | 2 | 1 |
| **application/javascript** | 1 | 1 | 1 |

Explore www.etournamentpoker.com URLs

Captures



eys Summary For the TLD/Host/Domain      ▇ Captures  ▇ URLs  ▇ New URLs

Counts

100













usa3112@fedex.com

**From:** Brad Baker <trapper_55@icloud.com>
**Sent:** Saturday, November 16, 2019 10:27 AM
**To:** usa3112@fedex.com
**Subject:** [EXTERNAL] [Newsletter] Fwd: Here's some information that should be helpful.

Brad Baker

Begin forwarded message:

> **From:** GoDaddy <donotreply@godaddy.com>
> **Date:** November 16, 2019 at 5:42:23 AM CST
> **To:** trapper_55@icloud.com
> **Subject: Here's some information that should be helpful.**



1

# You asked for help. Here it is.

Thanks for talking with me, Brad. You're off to a good start. The info I mentioned will help you take your next step. You'll find it all here:

Based on the conversations you've had with GoDaddy Guides over the last couple of months it appears that your developer has severely damaged and compromised your website using what appears to be a back door to input some sort of malicious content. From what we can see and the past discussions you had with GoDaddy Guides you have 2 options. 1. Rebuild the website from the ground up and circumvent the backdoor the developer built into the site. 2. Try and fix whatever damage the developer caused however the backdoor the dev built into the site could potentially be accessed again maliciously by the developer.

If you need anything else, we're here to help.

Thanks,
Help 2.0
**GoDaddy** guides

2



## Need anything else? We're here to help you do your thing.

From websites to marketing, help is here when you need it, 24/7.

ease do not reply to this email. Emails sent to this address will not be answered.

opyright © 1999-2019 GoDaddy Operating Company, LLC. 14455 N. Hayden Rd, Ste. 219, Scottsdale, AZ ;260 USA. All rights reserved.

3098306878

3