IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRAD ALLEN BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-852-K |
| | § | |
| VITEK GOYEL, | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Signed September 9th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE